**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JASON JEROME EDWARDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NO. CIV-10-0824-HE |
| | ) | |
| H.A. LEDEZMA, Warden | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner Jason Jerome Edwards, a federal prisoner appearing *pro se*, filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred for initial proceedings to Magistrate Doyle W. Argo. He has recommended that the petition be dismissed because petitioner raises claims that directly challenge the validity of his conviction and sentence and, therefore, should be pursued under 28 U.S.C. § 2255, rather than § 2241.[1]

Petitioner failed to object to the magistrate judge's Report and Recommendation and thereby waived his right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See* 28 U.S.C. § 636(b)(1)(C). Accordingly, the court adopts Magistrate Judge Argo's Report and Recommendation and dismisses the petition for writ of habeas corpus.

---

[1]*The magistrate judge concluded petitioner had not shown that the "savings clause" in §2255 was applicable because the § 2255 remedy was inadequate or ineffective. He also noted that this court lacks jurisdiction to consider a § 2255 challenge to petitioner's conviction and sentence, as he was convicted and sentenced in another judicial district.*

**IT IS SO ORDERED**.

Dated this 8th day of October, 2010.

JOE HEATON
UNITED STATES DISTRICT JUDGE